IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAWNTASIA TRIPP,                        )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )   C.A. No. 26-167-CFC-LDH
                                         )
DUNBARTON APARTMENTS                     )
ESTATE, *et al.*,                        )
                                         )
              Defendants.                )

## ORDER

At Wilmington on this 22nd day of July in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Laura D. Hatcher

filed on July 7, 2026 (D.I. 13), and upon the expiration of the time allowed for

objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no

objections having been filed;

It is HEREBY ORDERED that:

1.     The Magistrate Judge's Report and Recommendation (D.I. 13) is

       ADOPTED.

2.     Plaintiff's motions for injunctive relief (D.I. 4, D.I. 11, D.I. 12) are

       DENIED.

_____
                    Chief Judge